IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMIE MODICA, JR.                                                                                    PLAINTIFF

Case No. 4:25-cv-04080

v.

TINA HODGE                                        **ORDER**                                          DEFENDANT

      Before the Court is a Report and Recommendation filed on November 24, 2025, by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 10).  Judge Comstock conducted a preservice screening of Plaintiff Jamie Modica, Jr.'s amended complaint (ECF No. 6) and now recommends that the Court dismiss Plaintiff's claims for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Specifically, Judge Comstock finds that Plaintiff failed to allege facts showing the deprivation of any federal statutory or constitutional right.

      Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed[1].  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*.  Accordingly, Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 16th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The Court notes that Plaintiff filed a Motion to Amend his amended complaint on December 1, 2025.  (ECF No. 11).  The Court reviewed Plaintiff's Motion to Amend and finds that Plaintiff did not assert specific objections to the Report and Recommendation.  *See Thomspon v. Nix*, 887 F.2d 356, 358-59 (8th Cir. 1990) ("[O]bjections must be timely and specific to trigger de novo review by the District Court of any portion of the magistrate's report and recommendations.").  Rather, Plaintiff seeks to add a jury demand and "remove all the legal non jurisdictional language . . . in the damages section asking for release or electronic monitoring as relief."  (ECF No. 11).  The Court finds that Plaintiff's proposed second amended complaint does not cure the deficiencies identified by Judge Comstock in his first amended complaint.